IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. PD-1555-07






JARED DANIEL LITTRELL, Appellant



v.



THE STATE OF TEXAS





ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW


FROM THE SEVENTH COURT OF APPEALS


POTTER COUNTY






 Per curiam.


O R D E R 




 The Court grants discretionary review on its own motion and would request briefing
from the parties on the following question:

 Do appellant's convictions for both felony murder and aggravated robbery
violate the constitutional prohibition against double jeopardy?

 The Clerk of this Court will send copies of this order to the Court of Appeals for the
Seventh District, the State Prosecuting Attorney, the District Attorney for Potter County, and
Appellant. 


En Banc.

Entered February 27, 2008.

Do Not Publish